09 CA 11593 MLW

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SCOTT W. DELP JR.
 V.
DEPARTMENT OF STATE POLICE
TROOP A-2, NEWBURY STATION

CIVIL ACTION

NO._____

COMPLAINT

MAGISTRATE JUDGE Collings

Parties

(1.) MY COMPLAINT IS THAT ON <u>SEPTEMBER 24,2008</u>. <u>SEPTEMBER 30,2008</u>. AND <u>DECEMBER 05,2008</u>. MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541 VIOLATED MY CIVIL RIGHTS CAUSING ME TO BE ILLEGALY INCARCERATED.

(2.) THE PLAINTIFF SCOTT W. DELP JR. OF P.O. BOX 73 NORFOLK, MA. 02056. NORFOLK COUNTY, IS A CITIZEN OF THE UNITED STATES.

(3.) THE DEFENDANT, DEPARTMENT OF STATE POLICE. TROOP A-2 NEWBURY STATION RESIDES AT 200 SCOTLAND RD. NEWBURY MA. 01950. ESSEX COUNTY, AN AGENCY OF THE UNITED STATES.

(4.) THE DEFENDANT, MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES ID#2541 A RESIDENT OF TROOP A-2 NEWBURY STATION, 200 SCOTLAND RD. NEWBURY, MA. 01950. OF ESSEX COUNTY, IS A CITIZEN OF THE UNITED STATES.

(5.) THIS COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO 28 U.S.C. §1332.U.S. (GOVERMENT DEFENDANT)

(6.) <u>ON SEPTEMBER 24,2008</u>. MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541 FALSIFYED HIS POLICE REPORT. (SEE EXHIBIT A-1) ENCLOSED.

(7.) <u>ON SEPTEMBER 30,2008</u>. MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541. KNOWINGLY GAVE FALSE "<u>SWORN TESTIMONY</u>" AT 58-A HEARING COMMITTING "PERJURY". (SEE EXHIBIT B) ENCLOSED.

(8.) <u>ON DECEMBER 05,2008</u>. MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541. DID GIVE FALSE "<u>SWORN TESTIMONY</u>" TO THE <u>ESSEX GRAND JURY</u>, COMMITTING A CLASS C. FELONY, "PERJURY". MOST NOTIBLY THE LOCATION OF

(CONT.)

THE MOTOR VEHICLE, TO HAVE A LEGAL PROBABLE CAUSE FOR THE MOTOR VEHICLE STOP. CLEARLY LYING UNDER OATH. (SEE EXHIBIT A-2) ENCLOSED.

(9.) ON JUNE 25,2009. AT ESSEX SUPERIOR COURT HOUSE, 34 FEDERAL ST. SALEM, MA. 01970.

(10.) I SCOTT W. DELP JR. HAD MY ATTORNEY WILLIAM J. O'HARE, INFORM THE HONORABLE JUDGE TIMOTHY FEELEY, A.D.A. JAMES P. GUBITOSE, AND MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541.

(11.) THAT I SCOTT W. DELP JR. DID IN FACT HAVE THE MOBIL GAS STATION SURVEILANCE VIDEO, DATED SEPTEMBER 24,2008. PROVING THE BLUE BMW WAS IN FACT NEVER AT THE EXXON GAS STATION ACROSS THE STREET FROM THE LOCATION OF MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541. BUT IN FACT AT THE MOBIL GAS STATION ON SURVEILANCE WITH MASS. STATE TROOPER GEORGE KATSARAKES I.D.#2541.

(12.) ABOVE OFFICALS DID NOT KNOW I POSSESSED THIS SURVEILANCE VIDEO DUE TO THE PATTERN OF "FALSE SWORN TESTIMONY" THIS MASSACHUSETTS STATE TROOPER KEPT GIVING, AND THAT I HAD AN OPEN "CRIMINAL COMPLAINT" AGAINST MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541. FOR (2) COUNTS OF A CLASS C. FELONY, "PERJURY". (SEE EXHIBIT C) ENCLOSED.

(13.) THE MOBIL GAS STATION SURVEILANCE VIDEO PLACES MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541. IN THE MOBIL GAS STATION MAKING A COFFEE, WHILE THE BLUE BMW IS OBSERVED PULLING UP TO THE FRONT DOORS. (SEE EXHIBIT D) ENCLOSED.

(14.) THE OWNER OPERATER, EXITS THE BMW AND ENTERS THE MOBIL GAS STATION. AND IS OBSERVED ON VIDEO SURVEILANCE STANDING BEHIND TROOPER GEORGE KATSARAKES I.D.#2541. WAITING TO MAKE A PURCHASE.

(15.) TROOPER KATSARAKES I.D.#2541. IS OBSERVED HOLDING UP HIS COFFEE AND EXITING THE MOBIL GAS STATION, WALKING DIRECTLY BY MY PASSENGER WINDOW.

(16.) OWNER OPERATER EXITS THE MOBIL, GETS INTO THE BMW, AND WE EXIT

(CONT.)

THE MOBIL GAS STATION AND PROCEED ONTO ROUTE (1) SOUTH, TO TURN RIGHT AT THE RED LIGHT.

(17.) WHILE I SCOTT W. DELP JR. WAS A PASSENGER IN THE BMW, MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES I.D.#2541. WAS IN THE RIGHT HAND LANE AGAINST THE SHOULDER GOING STRAIGHT. AN UN IDENTIFIED WHITE MIDDLE AGED MALE, PULLS UP ALONG THE TROOPERS DRIVERS SIDE WINDOW AND YELLS OVER. "I KNOW THE PASSENGER OF THE DARK BLUE BMW, HAS OUTSTANDING WARRENTS FOR HIS ARREST" AND DRIVES OFF.

(18.) IT IS CLEAR WITH THE ENCLOSED VIDEO SURVEILANCE FROM THE MOBIL GAS STATION THAT THE TROOPER GEORGE KATSARAKES I.D.#2541. COULD OF NEVER CLEARLY, OR PHYSICALY SEEN THE FRONT OF THE BMW, TO NOTICE NO FRONT REGISTRATION PLATE. UNTIL AFTER HE MADE AN ILLEGAL MOTOR VEHICLE STOP AND WALKED TO THE FRONT OF THE BMW, AND LOOKED FOR PROBABLE CAUSE.

(19.) IT IS CLEAR TROOPER GEORGE KATSARAKES I.D.#2541. MADE THE M.V. STOP ON A "CITIZEN HUNCH".

(20.) TROOPER GEORGE KATSARAKES I.D.#2541. KNEW HE HAD TO HAVE A LEGAL PROBABLE CAUSE FOR THE MOTOR VEHICLE STOP, SO MY ARREST FOR POSSESSION OF A FIREARM 269-10-G WOULD HOLD UP IN THE COURT OF LAW. A HUNCH WOULD NOT.

(21.) SO MASSACHUSETTS STATE TROOPER GEORGE KATSARAKES ID.#2541. WENT ON TO KNOWINGLY GIVE A "FRIVOLOUS" POLICE REPORT, (SEE EXHIBIT 00) ENCLOSED. OF THE LOCATION OF THE MOTOR VEHICLE (BMW) WERE TROOPER COULD HAVE OBSERVED IT WITH NO FRONT REGISTRATION PLATE, PULLING OUT OF THE EXXON GAS STATION ACROSS THE STREET FROM HIS LOCATION AT THE MOBIL. TO HAVE A LEGAL PROBABLE CAUSE FOR THE M.V. STOP.

(22.) THE HONORABLE JUDGE TIMOTHY FEELEY, A.D.A. JAMES P. GUBITOSE WERE NOW GOING TO ALLOW THE TROOPER TO CHANGE HIS TESTIMONY SAYING "I THOUGHT I SEEN THE BMW AT EXXON, I GUESS I DID NOT". BECAUSE THEY TOLD MY ATTORNEY THEY WERE NOT GOING TO HANG THE TROOPER OUT TO DRY...

(CONT.)

NOW KNOWING TROOPER GEORGE KATSARAKES ID.#2541. DID GIVE FALSE "SWORN TESTIMOMY".

(23.) WHEREFORE THE PLAINTIFF SCOTT W. DELP JR. DEMANDS JUDGEMENT AGAINST THE DEFENDANTS, SEEKING $3,500,000.00 FOR DAMAGES. ILLEGALY BEING INCARSERATED, VIOLATION OF MY CIVIL RIGHTS.

(24.) THE PLAINTIFF SCOTT W. DELP JR. DEMANDS A TRIAL BY JURY.

x *[signature: Scott W. Delp Jr.]*
SCOTT W. DELP JR.
P.O. BOX 73/28 CLARK ST
NORFOLK, MA. 02056

(PRO SE)